**Eugene WIDEMAN, Jr., Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3178.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

Eugene Wideman, Jr., pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Steven R. WILSON, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7028.

United States Court of Appeals, Federal Circuit.

April 10, 2008.

Steven R. Wilson, pro se.

Before MAYER, LINN, and DYK, Circuit Judges.

ON MOTION

PER CURIAM.

### ORDER

The Secretary of Veterans Affairs moves to waive the requirements of Fed. Cir. R. 27(f) and to dismiss Steven R. Wilson's appeal for lack of jurisdiction.

On September 28, 2007, the United States Court of Appeals for Veterans Claims (CAVC) issued a decision in *Wilson v. Nicholson,* No. 05–3725, 2007 WL